UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
February 23, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SAF_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CRIMINAL NO. SA-22-CR-378-OLG |
| ) | |
| DAVID DAVALOS ) | |
| ) | |
| Defendant ) | |

## ORDER

The Court has considered the report and recommendation of United States Magistrate Judge Richard B. Farrer. Docket no. 48. Defendant filed objections thereto. Docket no. 49. After reviewing the record and the applicable law, the Court finds that the Magistrate Judge's recommendation should be ACCEPTED.

It is therefore ORDERED that the Magistrate Judge's recommendation (docket no. 48) is ACCEPTED and Defendant's motion to suppress (docket no. 33) is DENIED for the reasons stated in the recommendation.

SIGNED this __23__ day of February, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE